# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  99-cr-00285-LTB-01 |
| ANTHONY J. BARRACO | USM Number:  29117-013 |
| | LaFonda Jones, AFPD (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 2 and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Notify Officer of Change in Residence | 10/31/04 |

      The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      The defendant has not committed violations 1, 3, and 4 and is discharged as to such violations.

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

      It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

      September 26, 2006
      Date of Imposition of Judgment

      s/Lewis T. Babcock
      Signature of Judge

      Lewis T. Babcock, Chief U.S. District Judge
      Name & Title of Judge

      September 29, 2006
      Date

DEFENDANT:  ANTHONY J. BARRACO
CASE NUMBER:  99-cr-00285-LTB-01                                                              Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Violation of the Law | 10/22/04 |

DEFENDANT:  ANTHONY J. BARRACO
CASE NUMBER:  99-cr-00285-LTB-01                                                                       Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 48 days spent in official detention prior to revocation of supervised release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                                    _____
                                                                                                    UNITED STATES MARSHAL

                                                                                            By_____
                                                                                                    Deputy United States Marshal

DEFENDANT:  ANTHONY J. BARRACO
CASE NUMBER:  99-cr-00285-LTB-01                                           Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $100.00 | $0.00 | $6,211.24 |
| **TOTALS** | $100.00 | $0.00 | $6,211.24 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bank One<br>Attn:  Donna Yantis<br>7301 N. Federal Boulevard<br>Westminster, Colorado  80030<br>Re:  Account #283261764 | $4,560.00 | $4,560.00 | 100% |
| Soopers Credit Union<br>Attn:  Paulette McCullough<br>5590 West Evans Avenue<br>Denver, Colorado  80227<br>Re:  Account #727736 | $1,651.24 | $1,651.24 | 100% |
| **TOTALS** | $6,211.24 | $6,211.24 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

The Court orders that the defendant pay the balance of the restitution owing in the amount of $4,472.00.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  ANTHONY J. BARRACO
CASE NUMBER:  99-cr-00285-LTB-01                                         Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The Court orders that the defendant pay the balance of the restitution owing in the amount of $4,472.00.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) fine principal, (4) fine interest, (5) penalties.